

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is an appeal from an order of the District Court of Howard County remanding appellant to the custody of the sheriff for delivery to an agent of the demanding State.

No statement of facts accompanies the record, and no bills of exception are found therein.

The proceedings being in all things regular and no errors appearing, the judgment is affirmed.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

---

**C. C. MARTIN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 28103.

Court of Criminal Appeals of Texas.

Feb. 29, 1956.

**Artis DARDEN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

No. 28157.

Court of Criminal Appeals of Texas.

March 21, 1956.

